

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2018

No. 04-16-00541-CR

Gerardo **VENEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRH-001475-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court